# SPECIAL ORDERS

In this section are orders of the Court (other than grants and denials of leave to appeal from the Court of Appeals) of general interest to the bench and bar of the state.

*Leave to Appeal From Attorney Discipline Board Denied July 13, 1993:*

GRIEVANCE ADMINISTRATOR v TUCKER, No. 95620.

*Order Entered July 16, 1993:*

PROPOSED AMENDMENT OF CANON 7(B)(2)(c) OF THE CODE OF JUDICIAL CONDUCT. On order of the Court, this is to advise that the Court is considering a proposed amendment of Canon 7(B)(2)(c) of the Michigan Code of Judicial Conduct. Before determining whether the proposal should be adopted, changed before adoption, or rejected, this notice is given to afford any interested person the opportunity to comment on the form or the merits of the proposal. We welcome the views of all who wish to address the proposal or who wish to suggest additional alternatives.

As whenever this Court publishes an administrative proposal for comment, we emphasize that publication of this proposal does not mean that the Court will issue an order on the subject, nor does it imply probable adoption of the proposal in its present form.

Observe that four alternative versions of Canon 7(B)(2)(c) are offered below. Again, publication of these alternatives does not mean that the Court is foreclosing other approaches, or that the Court has decided to make a change in the current language.

[The present language would be amended as indicated below:]

### CANON 7

#### A JUDGE OR A CANDIDATE FOR JUDICIAL OFFICE
#### SHOULD REFRAIN FROM POLITICAL ACTIVITY
#### INAPPROPRIATE TO JUDICIAL OFFICE

A. [Unchanged.]

B. Campaign Conduct:

(1) [Unchanged.]

(2) These provisions govern a candidate, including an incumbent judge, for a judicial office:

(a)-(b) [Unchanged.]